DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 MAY 2017

| 330A16 | Allscripts Healthcare, LLC v. Etransmedia Technology, Inc. | Plt's Motion to Withdraw Appeal | Allowed **04/20/2017** |
|---|---|---|---|
| 344P16 | State v. Richard Pridgen | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA16-75)<br><br>2. State's Motion for Withdrawal and Substitution of Counsel | 1. Denied<br><br>2. Allowed |
| 345P16-3 | State v. Dwayne Demont Haizlip | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **04/13/2017**<br><br>**Ervin, J., recused** |
| 346P16 | Gurney B. Harris v. Southern Commercial Glass, Auto Owners Insurance, and Southeastern Installation, Inc., Cincinnati Insurance Company | 1. Defs' (Southeastern Installation, Inc. and Cincinnati Insurance Company) Motion for Temporary Stay (COA15-1363)<br><br>2. Defs' (Southeastern Installation, Inc. and Cincinnati Insurance Company) *Writ of Supersedeas*<br><br>3. Defs' (Southeastern Installation, Inc. and Cincinnati Insurance Company) PDR Under N.C.G.S. § 7A-31<br><br>4. Defs' (Southeastern Installation, Inc. and Cincinnati Insurance Company) Motion to Hold PDR in Abeyance<br><br>5. Defs' (Southeastern Installation, Inc. and Cincinnati Insurance Company) Motion for Leave to Withdraw PDR | 1. Allowed **09/20/2016** Dissolved **03/16/2017**<br><br>2. Dismissed as moot<br><br>3. —<br><br>4. Allowed **01/26/2017**<br><br>5. Allowed |
| 350P16 | TD Bank, N.A. v. Eagles Crest at Sharp Top, LLC, John W. Holdsworth, and John H. Seats | Defs' PDR Under N.C.G.S. § 7A-31 (COA15-807) | Allowed |
| 356P16 | Virginia Radcliffe v. Avenel Homeowners Association, Inc., Carmelo (Tony) Buccafurri, Stephen Murray, Thomas Dinero, David Hull, Richard Progelhof, and Ron Zanzarella | 1. Plt's Petition for *Writ of Certiorari* to Review Decision of COA (COA15-884)<br><br>2. Plt's Motion to Treat Petition for *Writ of Certiorari* as a PDR<br><br>3. Defs' Joint Response to Plt's Motion to Treat Petition for *Certiorari* as Motion for Discretionary Review and Defs' Motion in the Alternative to File Supplemental Response to Plt's Petition | 1. Denied<br><br>2. Allowed<br><br>3. Denied |